**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

NOV 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

STEVEN ZACK VALENZUELA,

        Defendant - Appellant.

No. 24-2618

D.C. No.
2:23-cr-01171-SMB-1

MEMORANDUM[*]

---

Appeal from the United States District Court
for the District of Arizona
Susan M. Brnovich, District Judge, Presiding

Submitted November 20, 2024[**]

Before:     CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Steven Zack Valenzuela appeals from the district court's judgment and challenges his guilty-plea conviction and 33-month sentence for transport of illegal aliens, in violation of 8 U.S.C. § 1324(a)(1)(A)(ii) and (a)(1)(B)(ii). Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Valenzuela's counsel has filed a brief

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Valenzuela the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Valenzuela waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988. However, we remand the case to the district court with instructions to amend the judgment to (1) replace the citation to 8 U.S.C. § 1324(a)(1)(A)(v)(I) with 8 U.S.C. § 1324(a)(1)(A)(ii), and (2) change the Bureau of Prisons's Register Number for Valenzuela to 97352-408.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED; REMANDED to correct the judgment.**